69 So.2d 477

**Marvin D. VINES, Jr.  v.  STATE.**

**5 Div. 561.**

Supreme Court of Alabama.

Aug. 11, 1953.

Rehearing Denied Jan. 21, 1954.

Walter B. Venters, Opelika, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Marvin D. Vines, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Vines v. State, 69 So.2d 475.

Writ denied.

All the Justices concur.

69 So.2d 901

**Ex parte Hattie WADE.**

**2 Div. 333.**

Supreme Court of Alabama.

Dec. 3, 1953.

Graham Kirkpatrick and Sam Earle Hobbs, Selma, for petitioner.

PER CURIAM.

Petition dismissed.

69 So.2d 724

**Thos. W. WERT  v.  Edw. GEESLIN.**

**8 Div. 747.**

Supreme Court of Alabama.

Jan. 14, 1954.

Bradshaw, Barnett & Haltom and E. B. Haltom, Jr., Florence, for petitioner.

McDonnell & Jones and Gorman R. Jones, Jr., Sheffield, opposed.

LIVINGSTON, Chief Justice.

Petition of Thomas W. Wert for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wert v. Geeslin, 69 So.2d 718.

Writ denied.

SIMPSON, GOODWYN and CLAYTON, JJ., concur.